AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Antonio Ferrigno Jr. | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:21-mj-00580
Assigned to: Judge Faruqui, Zia M.
Assign. Date: 8/27/2021
Description: COMPLAINT W/ARREST WARRANT

_____
Defendant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
(name of person to be arrested)   Antonio Ferrigno Jr.                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☒ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted  Building or Grounds
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building

2021.08.27
17:44:21 -04'00'

Date:    08/27/2021

_____
Issuing officer's signature

City and state:          Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge
_____
Printed name and title

| Return |
|---|
| This warrant was received on (date)  08/27/2021 , and the person was arrested on (date)  08/31/2021<br>at (city and state)  Brooklyn, NY . <br><br>Date:  08/31/2021<br><br>_____<br>Arresting officer's signature<br><br>JHOAN SEBASTIAN Cummings<br>Printed name and title |