UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**ANTONIO FERRIGNO,**
   *Defendant,*

                                           CR. No. 21-586-2(RC)

   v.

**UNITED STATES OF AMERICA,**

MOTION OF DEFENDANT'S COUNSEL, TOM YOUNG, TO ADJOURN SENTENCING

     Defendant's counsel, Tom Young, requests the Court to adjourn sentencing, now scheduled for September 1, 2022.  Counsel's year-round childcare is taking the week of August 29, 2022, to close the facility to clean and disinfect in accordance with its COVID protocols.  Mr. Ferrigno is not opposed to an adjournment.  The government does oppose counsel's request for an adjournment.  If granted counsel would confer with the Court's staff and the government to set a new date.  Counsel will obviously appear before this Court on September 1, 2022, if the motion is not granted.

                                                         Respectfully submitted,

                                                         Tom Young, AFD

                                                         District of New Jersey

Dated: August 17, 2022

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

ANTONIO FERRIGNO,
   *Defendant,*                                           CR. No. 21-586-2(RC)

   **v.**

UNITED STATES OF AMERICA

### ORDER

AND NOW, this _____ day of _____, 2022, it is ORDERED that the motion of Defendant's counsel, Tom Young, to adjourn sentencing is hereby GRANTED. A new date will be set after counsel confer and communicate suggested dates to the Court.

BY THE COURT:

_____
**Judge Rudolph Contreras**