08/26/2022

Crystal Cazassus
Phone: (347) 244-1919
Email: Crystalcazassus@gmail.com

Re: Antonio Ferrigno January 6th Case

To whom it may concern,

My name is Crystal Cazassus and I am the older sister of Antonio Ferrigno. I am writing on behalf of my brother's character. A letter is not enough to describe the kind of Man Antonio is, but I will do my best.

If you know Antonio outside of the court room, you will know that Antonio is a family man who puts others needs before his own.

Antonio is the caregiver to my Step Grandfather, Dennis Woods. My Grandfather is a war veteran who suffers from multiple diseases like Parkinson's, PTSD and COPD. Antonio not only makes sure that my grandfather makes it to his appointments, but he helps maintain the apartment where he lives and ensures my grandfather keeps in the good spirits that he needs to be in even when the days are hard. I truly think his compassion is the reason why my grandfather is still thriving.

Antonio not only is the rock for my grandfather but also for me. I have had a ton of hardship since 2019, from a late miscarriage to Cancer, Antonio has been there for me and my Husband. I am grateful that I now qualify for IVF. Antonio has been by my side when my husband cannot be due to work. He is the one drying my tears when I need to go through another procedure or inject myself with another needle.

I write about this hardship because I need you to know why we need Antonio home with us. I might be bias because he is my first-born Brother, but if you put everyone who knows him in a room we will have the same thing to say about him - he has a heart of gold with no evil intentions.

Should you need anything else from me please do not hesitate to contact me at (347) 244-1919.

Sincerely,
Crystal Cazassus